RECEIVED
IN MONROE, LA

MAR 16 2006
AC
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| DENISE COOPER,<br>Plaintiff | CIVIL ACTION NO. 3:04CV2445 |
| VERSUS | JUDGE ROBERT G. JAMES |
| SHELTER GENERAL INSURANCE CO.,<br>ET AL,<br>Defendants | MAG. JUDGE JAMES D. KIRK |

## JUDGMENT

The claims of Denise Cooper, plaintiff in this cause, were tried to a jury on February 13, 14, and 15, 2006 and the jury returned a verdict in favor of Denise Cooper and against Shelter General Insurance Company and Signature Loan Service, L.P., awarding the following damages:

| | |
|---|---|
| Physical pain and suffering | $15,477.00 |
| Future physical pain and suffering | 15,477.00 |
| Past mental pain and suffering and loss of Enjoyment of Life | 15,477.00 |
| Future mental pain and suffering and Loss of Enjoyment of Life | 15,477.00 |
| Past medical expenses | 28,092.00 |
| Future medical expenses | 60,000.00 |

Defendants, Shelter General Insurance Company and Signature Loan Service, L.P. are entitled to an offset of Five Thousand and 00/100 Dollars ($5,000.00) for medical costs paid.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Denise Cooper be and he is hereby awarded judgment over and against Shelter General Insurance Company and Signature Loan Service, L.P. in the full and true sum of One Hundred Fifty Thousand and 00/100 ($150,000.00) Dollars, less $5,000.00 offset, together with legal interest in accordance with Louisiana law from date of judicial demand until date of judgment, and with interest thereafter as provided by 28 U.S.C. § 1961, together with such costs as may be taxed under 28 U.S.C. § 1922.

SO ORDERED this __15__ day of March 2006.

                                                                          _____
                                                                          Judge Robert G. James
                                                                          U. S. District Court, Western District of La.

Approved as to form:

_____    #3611
Anthony J. Bruscato
Law Office of Anthony J. Bruscato
2011 Hudson Lane
Post Office Box 2374
Monroe, LA 71207-2374

_____    #24580
Mark J. Neal
Hudson, Potts & Bernstein, L.L.P.
1800 Hudson Lane, Suite 300
Post Office Drawer 3008
Monroe, LA 71210-3008